# LOUIS R. AIDALA

Attorney at Law
546 Fifth Avenue
6th Floor
New York, NY 10036

Ph: (212) 750 9700　　　　　　　　　　　　　　　　　Fax: (212) 750 8297

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____9/4/___
DATE FILED: 9/4/12
```

*Via Fax*

August 28, 2012

Hon. Victor Marrero, USDJ
US Court House
500 Pearl St.
New York, NY 10007

　　　　　　　　　　　　　　Re: US v. Boris Yusupov
　　　　　　　　　　　　　　　　Ind. # 11 Cr. 614 (VM)

Dear Judge Marrero:

　　This letter is to request that Mr. Yusupov be permitted to travel to and stay in Dallas, TX from September 9, 2012 - September 14, 2012, for recurrent pilot training that is required for his employment as a co-pilot for Ventura Air Services.

　　Mr. Yusupov's bail conditions, as modified by Hon. Theodore Katz on December 14, 2011, permit him to fly domestically for purposes of his employment. The instant request specifically involves his remaining in Dallas for 6 days.

　　Mr. Yusupov has stated that his pretrial services officer, Mildred Santana, has no objection and AUSA Daniel Chung indicated that the Government has no objection.

　　A letter from Mr. Yusupov's employer, which contains all the details, is attached hereto for the Court's information. Thank you for the Court's attention herein.

　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　Louis R. Aidala
　　　　　　　　　　　　　　　　　　　　　　Attorney for Boris Yusupov

cc: Daniel Chung, AUSA
　　Michael Ferrara, AUSA
　　Jonathan Cohen, AUSA
　　Mildred Santana, PSO

```
Request GRANTED. The bail conditions of defendant
Boris Yusopov                    herein
are modified to permit travel to Texas
on 9-9-12 thru 9-14-12 for the purposes
and on the terms and conditions set forth above.
SO ORDERED:
9-4-12
DATE              VICTOR MARRERO, U.S.D.J.
```



Extraordinary Living Through Flight

August 27, 2012

RE: Boris Yusupov

To whom it may concern:

Boris Yusupov is a Learjet pilot for our organization and is required to take recurrent training annually and he is due in September 2012.

He will be leaving on the evening on Sept 9, 2012 and returning the evening of September 14, 2012.

He will be travelling to Dallas/ Forth Worth Airport for recurrent training in the simulator and ground school at:

CAE Simuflite
2929 W. Airfield Dr.
DFW Airport, Texas 75261 USA
Tel: +1-972-456-8000

He will be staying at the Holiday Inn Express
309 State Street
Grapevine, TX 76051
817-442-5919

Regards,

**Gould A. Ryder**

General Manager
Director of Operations
Gould.Ryder@venturajet.com

www.ventura.aero
8100 Republic Airport
Farmingdale, NY 11735

info@ventura.aero
Office: 631-756-5500
Fax: 631-756-5527