# LOUIS R. AIDALA

**Attorney at Law**
546 Fifth Avenue
6th Floor
New York, NY 10036

Ph: (212) 750 9700                                    Fax:   (212) 750 8297

*Via Fax*

October 3, 2012



Hon. Victor Marrero, USDJ
US Court House
500 Pearl St.
New York, NY 10007

Re:  US v. Boris Yusupov
Ind. # 11 Cr.  614 (VM)

Dear Judge Marrero:

    This letter is to request that Boris Yusupov be permitted to travel to Phoenix AZ, from October 23-October 26th, on personal business regarding a property he owns there.

    He will be flying commercially and has provided counsel with details and the address where he will be staying.

    As the Court may recall, Mr. Yusupov is a pilot with a private cargo carrier and is permitted to fly domestically as part of his bail conditions.

    AUSA Michael Ferrara has indicated that the government has no objection, and I am advised by Mr. Yusupov that PSO Mildred Santana has no objection to this request.

    Thank you for the Court's attention herein.

Respectfully,

Louis R. Aidala
Attorney for Boris Yusupov

cc: Daniel Chung, AUSA
    Michael Ferrara, AUSA
    Jonathan Cohen, AUSA
    Mildred Santana, PSO

Request  GRANTED.   The bail conditions of defendant *Boris Yusupov* herein are modified to permit travel to *Arizona* on *10-23-12* thru *10-26-12* for the purposes and on the terms and conditions set forth above.

SO ORDERED:

*10-5-12*
DATE                                    VICTOR MARRERO, U.S.D.J.