```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
              LOUIS R. AIDALA                       DOC #: _____
                 Attorney at Law                    DATE FILED: 11/27/12
                 546 Fifth Avenue
                    6th Floor
                New York, NY 10036
```

Ph: (212) 750 9700                                    Fax: (212) 750 8297

*Via Fax*

                                          November 27, 2012

Hon. Victor Marrero, USDJ
US Court House
500 Pearl St.
New York, NY 10007

                              Re: US v. Boris Yusupov
                                  Ind. # 11 Cr. 614 (VM)

Dear Judge Marrero:

   This letter is to request that Mr. Yusupov be permitted to travel to Niagara Falls - weather permitting - for a day trip, either Thursday, Friday or Saturday of this week, to take some friends who are visiting the US and would like to see the falls. He will return by 7 p.m. on the day of travel..

   Mr. Yusupov's bail conditions, as modified by Hon. Theodore Katz on December 14, 2011, permit him to fly domestically for purposes of his employment.

   Mr. Yusupov has stated that his pretrial services officer, Mildred Santana, has no objection and AUSA Michael Ferrara has indicated that the Government has no objection.

                                          Respectfully,

                                          /s/ Louis R. Aidala
                                          Louis R. Aidala
                                          Attorney for Boris Yusupov

cc: Michael Ferrara, AUSA
    Jonathan Cohen, AUSA
    Mildred Santana, PSO

---

Request GRANTED. The bail conditions of defendant **Boris Yusopov** herein are modified to permit travel to **Niagara Falls, NY** on **11/28 or 11/29 or 12/1/12** for the purposes and on the terms and conditions set forth above.

SO ORDERED:

11-27-12
DATE                Victor Marrero, U.S.D.J.