USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 21 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :           SUPERSEDING
                                 :           INFORMATION
BORIS YUSUPOV,                   :
                                 :           S4 11 Cr. 614 (VM)
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x

### COUNT ONE

The United States Attorney charges:

From in or about December 2010, up to and including on or about November 30, 2011, in the Southern District of New York and elsewhere, BORIS YUSUPOV, the defendant, intentionally and knowingly did engage in a pattern and practice of hiring and recruiting and referring for a fee, for employment in the United States aliens knowing the aliens were unauthorized aliens, as defined in Title 18, United States Code, Section 1324a(h)(3), with respect to such employment, and, after hiring aliens for employment, intentionally and knowingly continued to employee the aliens in the United States knowing the aliens were (or had become) unauthorized aliens with respect to such employment, and did aid and abet such pattern and practice, to wit, BORIS YUSUPOV, the defendant, transported aliens who were hired by another individual to strip clubs where the aliens worked as exotic dancers, knowing the aliens to be unauthorized aliens with respect to that employment.

(Title 8, United States Code, Sections 1324a(a)(1), (a)(2), (f)(1), and Title 18, United States Code, Section 2.)

*Preet Bharara*
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**BORIS YUSUPOV,**

Defendant.

**SUPERSEDING**
**INFORMATION**

S4 11 Cr. 614 (VM)

(8 U.S.C. §§ 1324a(a)(1)(A), 1324a(a)(2), 1324a(f)(1), 18 U.S.C. § 2)

_____
            PREET BHARARA
       United States Attorney.

3/21/13   Pld Superch For AUSA Jonathan Cohen pres Dft Boris Yusupov pres w/atty Lou... Aidrla Dft Pld Consent to Proceed bf Mag Dft pleads Guilty to Ct #1 Bail Cont

Mag Judge Dolger