Case 1:11-cr-00614-MHD   Document 218   Filed 03/26/13   Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 25, 2013



RECEIVED MAR 26 2013 CHAMBERS OF JUDGE MARRERO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/13

**BY HAND AND ELECTRONIC MAIL**
The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Boris Yusupov,**
      **S4 11 Cr. 614 (VM)**

Dear Judge Marrero:

      The Government respectfully submits this letter in connection with the above-referenced case. On March 21, 2013, the defendant pled guilty before the Honorable Michael H. Dolinger, United States Magistrate Judge. Your Chambers has provided 2:00 p.m. on July 19, 2013, as a date and time convenient to the Court for the sentencing of the defendant. Today, I spoke with defense counsel, Mr. Louis Aidala, and he and the Government are available at that time. Accordingly, the Government respectfully requests that Your Honor schedule Mr. Yusupov's sentencing for 2:00 p.m. on July 19, 2013, and make a referral to the United States Probation Office to prepare Mr. Yusupov's presentence investigation report.

                                      Sincerely,

                                      PREET BHARARA
                                      United States Attorney

By:   ___/s/ Jonathan Cohen_____
       Jonathan Cohen/Michael Ferrara
       Assistant United States Attorneys
       Southern District of New York
       (212) 637-2408/-2526

Cc:   Louis R. Aidala, Esq.
      Counsel for Boris Yusupov

Request GRANTED. The sentencing of defendant Boris Yusupov herein is scheduled for 7-19-13 at 2:00 p.m.

SO ORDERED.

3-26-13
DATE                VICTOR MARRERO, U.S.D.J.